UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 15-9377 |
| v. | : | CRIMINAL ACTION |
| Richard Escobar | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

( ✓ ) Reporting, as directed, to U.S. Pretrial Services;

( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ✓ ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ✓ ) The defendant shall appear at all future court proceedings;

( ✓ ) Other: Maintain residence, unless approved by Pretrial Services + Surrender any/all passports by Monday December 14, 2015 + Travel restricted to North Carolina + New Jersey, unless approved by PTS

_____   _12/10/15_____
DEFENDANT                    DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_12/10/15_____
DATE